UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN HIMBLER AVILES<br><br>      Plaintiff,<br><br>    v.<br><br>CITY OF LONG BEACH<br><br>      Defendant. | Case No. 2:21-09684 MEMF (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Second Amended Complaint, (Dkt. No. 40), Defendant's Partial Motion to Dismiss, (Dkt. No. 42), and the Report and Recommendation of United State Magistrate Judge, (Dkt. No. 50).  Plaintiff did not file an Opposition to the Partial Motion to Dismiss.  No objections were filed, and the time to do so has passed.  The Court accepts the findings and recommendations of the Magistrate Judge.

  With respect to the Magistrate Judge's recommendation that Plaintiff not be granted leave to amend, the Court notes that some of the issues raised in the Report were raised in earlier court

orders, but not cured in subsequent amendments to the complaint. *See* Dkt. No. 29 at 6 (addressing *Monell* claim); Dkt. No. 37 at 5-6 (addressing *Monell* claim under failure to train theory). Plaintiff failed to file an opposition or appear at his hearing, and therefore has not shown how he would amend his complaint to cure these defects. For these reasons, the Court adopts the Magistrate Judge's recommendation that further amendment would not cure the deficiencies in the complaint.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted, (Dkt. No. 50);
2. Defendant's Partial Motion to Dismiss is granted (Dkt. No. 42);
3. Claims 1 and 3 of the Second Amended Complaint are dismissed without leave to amend (Dkt. No. 40); and
4. The City, Detective Cohen, and Detective Ur are ordered to file an answer within 14 days.

Dated: September 26, 2023

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge